UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Bobby Brown, | ) | Civil Action No.: 4:14-cv-3053-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Dollar General, Inc., d/b/a Dollar General Store No. 1203; | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court following Plaintiff's [Docket Entry #18] Post-removal clarification regarding the amount in controversy. In light of Plaintiff's post-removal clarification indicating that the amount in controversy is less than the jurisdictional amount of this Court, it is clear that this Court lacks subject matter jurisdiction over this case. *See* 28 U.S.C. § 1332. Pursuant to 28 U.S.C. § 1447(c), if at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C. § 1447(c). Further, Defendant has indicated in court filings that it would consent to remand provided the Plaintiff stipulated that the amount in controversy was below the jurisdictional amount of this Court.

Therefore, this case is hereby **REMANDED** to the South Carolina Court of Common Pleas for the Twelfth Judicial Circuit in Marion County. A certified copy of this Order of Remand shall be mailed by the Clerk of this Court to the Clerk of Court for the Twelfth Judicial Circuit in Marion County.

December 12, 2014

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge